**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Bancroft Holding LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **F&M Tool and Die** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-5123161** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **851 Sterling Road**<br>**Lancaster, MA 01523** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Worcester** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Bancroft Holding LLC**
_____   Case number (*if known*) _____
         Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_ _ _ _

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

Debtor   **Bancroft Holding LLC**                                    Case number (if known) _____
         Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11. Why is the case filed in this district?**   Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor      **Bancroft Holding LLC**                                    Case number (*if known*)
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 7, 2025**
MM / DD / YYYY

**X** **/s/ Scott Duncan**                              **Scott Duncan**
Signature of authorized representative of debtor        Printed name

Title    **Manager**

---

**18. Signature of attorney**

**X** **/s/ David B. Madoff**                     Date   **April 7, 2025**
Signature of attorney for debtor                       MM / DD / YYYY

**David B. Madoff 552968**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone   **508-543-0040**     Email address   **alston@mandkllp.com**

**552968 MA**
Bar number and State

| Debtor | **Bancroft Holding LLC** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/7/25
　　　　　　　 MM / DD / YYYY

X _____          **Scott Duncan**
　　Signature of authorized representative of debtor          Printed name

Title   **Manager**

---

**18. Signature of attorney**

X _____          Date   4/7/25
　　Signature of attorney for debtor                                    MM / DD / YYYY

**David B. Madoff 552968**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone   **508-543-0040**      Email address   **alston@mandkllp.com**

**552968 MA**
Bar number and State

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>Bancroft Holding LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF MASSACHUSETTS</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **4/7/25**        X _____
                                   Signature of individual signing on behalf of debtor

                                   **Scott Duncan**
                                   Printed name

                                   **Manager**
                                   Position or relationship to debtor

**OFFICIAL FORM 7**

**United States Bankruptcy Court**
**District of Massachusetts**

In re   Bancroft Holding LLC

Debtor(s)

Case No.
Chapter   **7**

**DECLARATION RE: ELECTRONIC FILING**

PART I- DECLARATION OF PETITIONER

I [We]    Scott Duncan    , *hereby declare(s) under penalty of perjury* that all of the information contained in my  Voluntary Petition, Schedules, Statements and Lists   (singly or jointly the "Document"), filed electronically, is true and correct.  I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document.  I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 4/7/25

Signed: _____
Scott Duncan
(Affiant)

PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order.  This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR-7.

Dated: 4/7/25

Signed: _____
David B. Madoff 552968
Madoff & Khoury LLP
124 Washington Street, Suite 202
Foxborough, MA 02035
508-543-0040
alston@mandkllp.com
Attorney for Affiant

### CONSENT OF MEMBERS

On  March _26_, 2025, a meeting was conducted of all holders of membership interests in

Bancroft Holding LLC (the "Company").  By a vote of _11_ to _0_, the members hereby

approve, consent to and take the following actions:

> VOTED:     That the Company seek relief under Chapter 7 of the Bankruptcy Code,
> and that Scott Duncan, the Manager of the Company (the "Authorized
> Officer"), is hereby authorized (i) to prepare and file on behalf of the
> Company a petition for relief under Chapter 7 of the Bankruptcy Code, (ii)
> to execute on behalf of the Company such petition, schedules and
> statements as the Authorized Officer may deem necessary or appropriate
> in connection therewith, (iii) to take such steps on behalf of the Company
> as may be necessary or appropriate to the Company's bankruptcy case and
> (iv) to execute such further documents and do such further acts as the
> Authorized Officer may deem necessary or appropriate with respect to the
> foregoing, including the delegation of such foregoing authority to other
> officers and employees of the Company; the execution of any document or
> the doing of any act by the Authorized Officer in connection with such
> proceedings to be conclusively presumed to be authorized by this vote;

> FURTHER
> VOTED:     That the law firm of Madoff & Khoury LLP be retained as counsel to
> represent the Company in all proceedings commenced under or resulting
> from these votes;

> FURTHER
> VOTED:     That this written consent be filed in the minute book of the Company.

Dated: March _26_, 2025


_____
Scott Duncan, Manager

**Fill in this information to identify the case:**

Debtor name   **Bancroft Holding LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 7, 2025**        X **/s/ Scott Duncan**
                                         Signature of individual signing on behalf of debtor

                                         **Scott Duncan**
                                         Printed name

                                         **Manager**
                                         Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name    **Bancroft Holding LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................    $ _____0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................    $ _____65,003.60

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..............................................................................    $ _____65,003.60

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____4,417,977.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____970,917.22

4.    **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b                    $ _____5,388,894.22

**Fill in this information to identify the case:**

Debtor name   **Bancroft Holding LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Cornerstone Bank** | **Checking** | **5535** | **$4,172.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                      $4,172.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☒ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **16,760.00** | - | **0.00** | = .... | **$16,760.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **Bancroft Holding LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11b. Over 90 days old: | **31,155.60** | - | **8,000.00** | =.... | | **$23,155.60** |
| | face amount | | doubtful or uncollectible accounts | | | |

| 12. | **Total of Part 3.** | **$39,915.60** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  Raw materials **Various Raw Materials (siezed by Avidia Bank)** | | **$0.00** | | **$0.00** |
| 20.  Work in progress **Various work in progress (siezed by Avidia Bank)** | | **$0.00** | | **$0.00** |
| 21.  Finished goods, including goods held for resale **Various finished goods (siezed by Avidia Bank)** | | **$0.00** | | **$0.00** |

| 22. | **Other inventory or supplies** | |
|---|---|---|

| 23. | **Total of Part 5.** | **$0.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

| Debtor | **Bancroft Holding LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Miscellaneous office furniture (siezed by Avidia Bank) | **$0.00** | | **$0.00** |
| 40. | **Office fixtures** Miscellaneous office fixtures (siezed by Avidia Bank) | **$0.00** | | **$0.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Miscellaneous office equipment (siezed by Avidia Bank) | **$0.00** | | **$0.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

   | **$0.00** |
   |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| Debtor | **Bancroft Holding LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.1. | **2010 Ford F150 (175,000 miles)(not driven)** | $3,382.00 | KBB | $3,382.00 |
| 47.2. | **2011 Ford F350 (250,000 miles), currently in CT (not registered or driven)** | $0.00 | KBB | $1,315.00 |
| 47.3. | **2023 Hyundai Sonata (approximately 40,000 miles), currently in CT (not registered or driven)** | $0.00 | KBB | $16,219.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Various machinery (seized by Avidia Bank)**      $0.00      $0.00

51. **Total of Part 8.**

$20,916.00

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **www.fmtoolanddie.com** | $0.00 | | $0.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

Debtor    **Bancroft Holding LLC**                                         Case number *(If known)* _____
_____
Name

**Customer List** _____        _____ $0.00 _____        _____ $0.00

---

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**                                                                                                          | $0.00 |

      Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**ERTC Tax Credit (sold to Clear Cove Patners/TRMEF Basis II)**<br>Tax year _____ | **Unknown** |
| 73.    **Interests in insurance policies or annuities**<br>**Mass Mutal Term Policy on Life of Scott Duncan (Avidia Bank is beneficiary** | **$0.00** |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78.    **Total of Part 11.**                                                                                                       | $0.00 |

      Add lines 71 through 77. Copy the total to line 90.

Debtor    **Bancroft Holding LLC**
          Name

Case number *(If known)* _____

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor      **Bancroft Holding LLC**_____      Case number *(If known)*_____
           Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,172.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $39,915.60 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,916.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $65,003.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $65,003.60 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Bancroft Holding LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Avidia Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All Asset Lien** | **$2,400,000.00** | **$0.00** |

**42 Main Street**
**Hudson, MA 01749**
Creditor's mailing address

Describe the lien
**All Asset Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** **Equipment Finance Group, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Various machinery (seized by Avidia Bank)** | $0.00 | $0.00 |
|---|---|---|---|

**200 Clark Street**
**Dayton, KY 41074**
Creditor's mailing address

Describe the lien
**Lien on Equipment**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/16/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Bancroft Holding LLC**

Name

Case number *(if known)*

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. TRMEF Basis II, LLC**
**2. Machinery Finance Resources**
**3. Equipment Finance Group, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **F&M Sales LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**25 Jytek Road**
**Leominster, MA 01453**

Creditor's mailing address

**Describe the lien**
**Seller Note**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.4 | **Hyundai Motor Finance** | Describe debtor's property that is subject to a lien | $17,977.00 | $16,219.00 |
|---|---|---|---|---|

Creditor's Name

**2023 Hyundai Sonata (approximately 40,000 miles), currently in CT (not registered or driven)**

**PO Box 650805**
**Dallas, TX 75265**

Creditor's mailing address

**Describe the lien**
**Auto Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.5 | **Machinery Finance Resources** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Various machinery (seized by Avidia Bank)**

**651 Day Hill Road**
**Windsor, CT 06095**

---

| Debtor | **Bancroft Holding LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

Creditor's mailing address

**Describe the lien**
**Lien on Equipment**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/8/2021**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **TRMEF Basis II, LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Various machinery (seized by Avidia Bank)** | | |

**c/o Ezerc LLC**
**608 SW 4th Ave**
**Fort Lauderdale, FL 33315**
Creditor's mailing address

**Describe the lien**
**ERTC Tax Credit**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/2023**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **U.S. Small Business Administration** | **Describe debtor's property that is subject to a lien** | $2,000,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **All Asset Lien** | | |

**2 North Street, Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

**Describe the lien**
**All Asset Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/12/2022**
**Last 4 digits of account number**
**8203**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

| Debtor | **Bancroft Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$4,417,977.00

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Howard D'Amico, Esq.**<br>**33 Waldo Street**<br>**Worcester, MA 01608** | Line  2.1 | |

**Fill in this information to identify the case:**

Debtor name    **Bancroft Holding LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,001.53** |
|---|---|---|---|
| | **Absolute Haitian Corporation**<br>**33 Southgate Street**<br>**Worcester, MA 01610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ____ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number ____ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,946.00** |
|---|---|---|---|
| | **Acadia Insurance Company(Equip Property)**<br>**PO Box 639804**<br>**Cincinnati, OH 45263** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ____ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number ____ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$365.00** |
|---|---|---|---|
| | **Adaptive CNC Solutions LLC**<br>**50 Meadow Pond Road**<br>**South Berwick, ME 03908** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ____ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number ____ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
|---|---|---|---|
| | **Adrian Loring Advisors LLC**<br>**60 Thoreau Street #192**<br>**Concord, MA 01742** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ____ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number ____ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Bancroft Holding LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address

**Air Filtration Systems LLC**
**5 Carpenter Street**
**Pawtucket, RI 02860**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$307.25**

---

**3.6** | Nonpriority creditor's name and mailing address

**American Mold Builders Association**
**7321 Shadeland Station Way, Suite 285**
**Indianapolis, IN 46256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.7** | Nonpriority creditor's name and mailing address

**Amper Technologies, Inc.**
**770 N Halsted Street, Suite 308**
**Chicago, IL 60642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,450.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**Atlantic Polymers Corp.**
**PO Box 21**
**Armonk, NY 10504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,192.50**

---

**3.9** | Nonpriority creditor's name and mailing address

**Bamberger AMCO Polymers**
**PO Box 935387**
**Atlanta, GA 31193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,072.33**

---

**3.10** | Nonpriority creditor's name and mailing address

**Bauchman's Towing Inc.**
**5 Enterprise Drive**
**Londonderry, NH 03053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.11** | Nonpriority creditor's name and mailing address

**Beacon Medtech Solutions - MA LLC**
**32 Jungle Road**
**Leominster, MA 01453**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$143,646.84**

---

| Debtor | **Bancroft Holding LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,809.62 |
|---|---|---|---|

**Belmont Equipment & Technologies**
PO Box 710013
Madison Heights, MI 48071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,144.19 |
|---|---|---|---|

**Carpenter Mold Inc**
316 County Home Road
Thompson, CT 06277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,439.57 |
|---|---|---|---|

**CE Baird Corporation**
851 Sterling Road
Lancaster, MA 01523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,526.80 |
|---|---|---|---|

**Central Coating Technologies Inc.**
PO Box 3376
Worcester, MA 01613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $510.00 |
|---|---|---|---|

**Central Mass Landscapes**
PO Box 60423
Worcester, MA 01606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86,341.46 |
|---|---|---|---|

**Chase Card**
PO Box 1423
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **7144**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,157.00 |
|---|---|---|---|

**Chaves Heating & Air Conditioning**
15 Bonazzoli Avenue
Hudson, MA 01749

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Bancroft Holding LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address**
Chuck's Grinding, Inc.
8345 Commerce Drive
Chanhassen, MN 55317

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,840.00**

---

**3.20** | **Nonpriority creditor's name and mailing address**
Cimatron Technologies Inc.
1445 Kemper Meadow Drive
Cincinnati, OH 45240

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,148.57**

---

**3.21** | **Nonpriority creditor's name and mailing address**
Cimquest Inc.
3434 Rt 22 West, Suite 130
Somerville, NJ 08876

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,488.44**

---

**3.22** | **Nonpriority creditor's name and mailing address**
Cloud MFG LLC
22306 River Road
Marengo, IL 60152

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.23** | **Nonpriority creditor's name and mailing address**
CMI Tooling & Components Inc.
3275 Deziel Drive
Windsor Ontario N8W 5A5 CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,875.00**

---

**3.24** | **Nonpriority creditor's name and mailing address**
Comcast
PO Box 70219
Philadelphia, PA 19176

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$625.39**

---

**3.25** | **Nonpriority creditor's name and mailing address**
Crews Consulting Group
222 Forbes Road, Suite 108
Braintree, MA 02184

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,500.00**

---

| Debtor | Bancroft Holding LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $545.41 |
|---|---|---|---|

**DME Company**
**PO Box 854867**
**Minneapolis, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,293.67 |
|---|---|---|---|

**DMS**
**1875 Blackacre Drive**
**Old Castle, ON N0R1L0 CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $545.41 |
|---|---|---|---|

**DMS Company**
**1875 Blackacre Drive**
**Old Castle, ON N0R1L0 CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,824.74 |
|---|---|---|---|

**eci ShopTech**
**PO Box 411110**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,751.20 |
|---|---|---|---|

**Edro Specialty Steels LLC**
**20500 Carrey Road**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,260.00 |
|---|---|---|---|

**EMT Co.**
**PO Box 9478**
**Warwick, RI 02889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $890.82 |
|---|---|---|---|

**FCS North America**
**1-5305 Pulleyblank Street**
**Old Castle Ontario N9G 0B8 CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Bancroft Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33**

**Nonpriority creditor's name and mailing address**
**GO Engineer LLC**
**1787 F Fort Union Blvd, Suite 200**
**Salt Lake City, UT 84121**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,856.25**

---

**3.34**

**Nonpriority creditor's name and mailing address**
**Gordon Duncan**
**62 Drury Lane**
**Worcester, MA 01609**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.35**

**Nonpriority creditor's name and mailing address**
**Grainger**
**Dept. 878829373**
**Palatine, IL 60038**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Busienss Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12.52**

---

**3.36**

**Nonpriority creditor's name and mailing address**
**Gray, Gray & Gray LLP**
**150 Royall Street, Suite 102**
**Canton, MA 02021**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.37**

**Nonpriority creditor's name and mailing address**
**Hardline Heat Treating**
**134 Ashland Avenue**
**Southbridge, MA 01550**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$780.00**

---

**3.38**

**Nonpriority creditor's name and mailing address**
**Haven Meteorology LLC**
**13694 172nd Avenue**
**Grand Haven, MI 49417**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,750.00**

---

**3.39**

**Nonpriority creditor's name and mailing address**
**Husky Injection Molding System**
**PO Box 277927**
**Atlanta, GA 30384**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,245.00**

---

| Debtor | **Bancroft Holding LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.40**

**Nonpriority creditor's name and mailing address**

**Hydro Air**
**PO Box 782056**
**Philadelphia, PA 19178**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,246.70**

---

**3.41**

**Nonpriority creditor's name and mailing address**

**Illionois Pro-Turn Inc.**
**40 Detroit Street, Unit 1**
**Cary, IL 60013**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$34,656.38**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Industrial Air Compressor, LLC**
**213 School Street**
**Gardner, MA 01440**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,428.37**

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Industrial Tool Supply, Inc.**
**2 Carl Thompston Road**
**Westford, MA 01886**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,494.78**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**Jaffrael LLC**
**4240 Galt Ocean Dr #850**
**Fort Lauderdale, FL 33308**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.45**

**Nonpriority creditor's name and mailing address**

**Kenneth Crosby A DXP Company**
**PO Box 840511**
**Dallas, TX 75284**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,240.30**

---

**3.46**

**Nonpriority creditor's name and mailing address**

**Kimball Midwest**
**Dept. L-2780**
**Columbus, OH 43260**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$487.02**

---

| Debtor | **Bancroft Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47**

**Nonpriority creditor's name and mailing address**
**Lancaster Sewer District Commission**
**PO Box 773**
**South Lancaster, MA 01561**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,767.15**

---

**3.48**

**Nonpriority creditor's name and mailing address**
**Leominster Cleaning Services**
**84 Sycamore Drive**
**Leominster, MA 01453**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$4,574.02**

---

**3.49**

**Nonpriority creditor's name and mailing address**
**Liberty Supply Inc.**
**195 Hamilton Street**
**Leominster, MA 01453**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$625.35**

---

**3.50**

**Nonpriority creditor's name and mailing address**
**Lillyworks, Inc.**
**1 Liberty Lane, Suite 210**
**Hampton, NH 03842**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$11,640.00**

---

**3.51**

**Nonpriority creditor's name and mailing address**
**Lindco Springfield**
**176 Wayside Avenue**
**West Springfield, MA 01089**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,465.56**

---

**3.52**

**Nonpriority creditor's name and mailing address**
**LLPrince Realty Trust**
**Attn: Craig A. Bovaird, Trustee**
**28 Laurel Lane**
**Princeton, MA 01541**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Commercial Property Lease__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Louis P. Cote, Inc.**
**42 Cote Avenue**
**Atlanta, GA 30353**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$32,184.48**

---

| Debtor | **Bancroft Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,952.49 |
|---|---|---|---|

**Maniko Inc.**
**Dept Ch 16443**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Massachusetts Dept. of Transportation**
**Registry of Motor Vehicles**
**PO Box 55891**
**Boston, MA 02205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $620.00 |
|---|---|---|---|

**Mclane Middleton**
**900 Elm Street**
**PO Box 326**
**Manchester, NH 03105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,286.42 |
|---|---|---|---|

**McMaster-Carr Supply Co.**
**PO Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $367.24 |
|---|---|---|---|

**Meusburger US Inc.**
**4600 Lebanon Road, Ste A1**
**Charlotte, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,740.62 |
|---|---|---|---|

**MGM Properties Inc.**
**19 Sherwood Drive**
**Sterling, MA 01564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,820.49 |
|---|---|---|---|

**Michael F. Gasbarro**
**118 Clubhouse Drive**
**Leominster, MA 01453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bancroft Holding LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Millennium Alarm Technologies, Inc.**
**PO Box 359**
**Leominster, MA 01453**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$125.85

---

**3.62**

**Nonpriority creditor's name and mailing address**

**National Grid**
**PO Box 371396**
**Pittsburgh, PA 15250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$13,017.60

---

**3.63**

**Nonpriority creditor's name and mailing address**

**National Tooling & Machining**
**1357 Rockside Road**
**Cleveland, OH 44134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$859.74

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Nova Tech, Inc.**
**345 Farnum Pike**
**Smithfield, RI 02917**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$478.00

---

**3.65**

**Nonpriority creditor's name and mailing address**

**Nutmeg Chrome Corporation**
**111 Vanderbilt Avenue**
**West Hartford, CT 06110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$550.00

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Oerlikon Balzers Coating USA Inc.**
**27228 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$517.89

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Osterman Propane**
**22 Legate Hill Road**
**Sterling, MA 01564**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$10,314.16

---

| Debtor | **Bancroft Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$363.47** |
|---|---|---|---|

**Paul H. Gesswein & Co Inc.**
**PO Box 3998255**
**Hancock Avenue**
**Bridgeport, CT 06605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,077.87** |
|---|---|---|---|

**PCS Company**
**Dept 771831**
**PO Box 7700**
**Detroit, MI 48277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,950.00** |
|---|---|---|---|

**Poly Plating, Inc.**
**2096 Westover Road**
**Westover Industrial  Airpark**
**Chicopee, MA 01022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,194.13** |
|---|---|---|---|

**Progressive Components Intl Inc.**
**PO Box 734434**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,912.00** |
|---|---|---|---|

**Regal Components Inc.**
**10 Almeida Avenue**
**East Providence, RI 02914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,705.34** |
|---|---|---|---|

**RLG Associates**
**PO Box 549**
**Swansea, MA 02777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$341.25** |
|---|---|---|---|

**Ross Express, LLC**
**PO Box 8909**
**Concord, NH 03303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bancroft Holding LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.75**

**Nonpriority creditor's name and mailing address**
**Science of Business Inc.**
**1881 W Placita De Diciembre**
**Green Valley, AZ 85622**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,730.00**

---

**3.76**

**Nonpriority creditor's name and mailing address**
**Scott Duncan**
**62 Campground Road**
**West Boylston, MA 01583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

**$49,000.00**

---

**3.77**

**Nonpriority creditor's name and mailing address**
**Special Mold Engineering Inc.**
**1900 Production Drive**
**Rochester, MI 48309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,133.64**

---

**3.78**

**Nonpriority creditor's name and mailing address**
**Specialized Industrial Services**
**21 Town Forest Road**
**Webster, MA 01570**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,050.00**

---

**3.79**

**Nonpriority creditor's name and mailing address**
**Synventive Molding Solutions**
**PO Box 67000**
**Detroit, MI 48267**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$14,235.46**

---

**3.80**

**Nonpriority creditor's name and mailing address**
**The Chapin & Bangs Co.**
**PO Box 1117**
**Bridgeport, CT 06601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,440.00**

---

**3.81**

**Nonpriority creditor's name and mailing address**
**The Robert E. Morris Company**
**NW 7968-01**
**PO Box 1450**
**Minneapolis, MN 55485**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20,503.13**

---

| Debtor | **Bancroft Holding LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.82**

**Nonpriority creditor's name and mailing address**

**Town of Berlin**
**PO Box 41**
**Berlin, MA 01503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$80.35**

---

**3.83**

**Nonpriority creditor's name and mailing address**

**Town of Lancaster**
**701 Main Street, Suite 5**
**Lancaster, MA 01523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,020.69**

---

**3.84**

**Nonpriority creditor's name and mailing address**

**Town of Lancaster - Water**
**701 Main Street, Suite 5**
**Lancaster, MA 01523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,761.75**

---

**3.85**

**Nonpriority creditor's name and mailing address**

**Tracey Gear & Precision Shaft**
**740 York Avenue**
**Pawtucket, RI 02861**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,372.00**

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Tremblay**
**8111 Roll & Hold Parkway**
**Macedonia, OH 44056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,445.00**

---

**3.87**

**Nonpriority creditor's name and mailing address**

**Trident Machine Tools, Inc.**
**NW 7968-04**
**PO Box 1450**
**Minneapolis, MN 55485**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,091.09**

---

**3.88**

**Nonpriority creditor's name and mailing address**

**UniFirst**
**PO Box 650481**
**Dallas, TX 75265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$576.06**

---

| Debtor | **Bancroft Holding LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $96.00 |
|---|---|---|---|

**Warehouse Plastics Co Inc.**
**50 Howe Ave**
**Millbury, MA 01527**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $214.00 |
|---|---|---|---|

**WB Mason**
**P.O. Box 981101**
**Boston, MA 02298**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,660.87 |
|---|---|---|---|

**Yitaisheng (Kunshan) Intl Trade Co Ltd**
**RM 2115 B5STL INTL EQPT PROC CENT**
**No 1288 Chegbei Rd**
**Kunshan Suzhou 215300 CHINA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Robert Sosin, Esq.**<br>**Alspector, Sosin & Noveck, PLLC**<br>**30100 Telegraph Road, Suite 360**<br>**Franklin, MI 48025** | Line  **3.77**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 970,917.22 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 970,917.22 |

Fill in this information to identify the case:

Debtor name     **Bancroft Holding LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|   State the term remaining | |
|   List the contract number of any government contract | **Equipment Finance Group, LLC**<br>**200 Clark Street**<br>**Dayton, KY 41074** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** |
|   State the term remaining | |
|   List the contract number of any government contract | **F&M Sales LLC**<br>**25 Jytek Road**<br>**Leominster, MA 01453** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **Commercial property lease** |
|   State the term remaining    **9 months** | **LLPrince Realty Trust**<br>**Attn: Craig A. Bovaird, Trustee**<br>**28 Laurel Lane**<br>**Princeton, MA 01541** |
|   List the contract number of any government contract | |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** |
|   State the term remaining | |
|   List the contract number of any government contract | **Machinery Finance Resources**<br>**651 Day Hill Road**<br>**Windsor, CT 06095** |

**Fill in this information to identify the case:**

Debtor name    **Bancroft Holding LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1  **Scott Duncan** | **62 Campground Road**<br>**West Boylston, MA 01583** | **Most Business Debt** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Bancroft Holding LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$273,604.10** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$2,346,459.10** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$3,073,311.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor  **Bancroft Holding LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached List** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attached List** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Avidia Bank<br>c/o Howard D'Amico, Esq.<br>33 Waldo Street<br>Worcester, MA 01608** | **All assets siezed** | **03/04/2025** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Avidia Bank v. Bancroft Holding LLC et al 2481CV02822** | **Collection** | **Middlesex County Superior Court - Woburn 200 Trade Center Woburn, MA 01801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Bancroft Holding LLC**                                             Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Central Coating Technologies, Inc. v. Bancroft Holding LLC dba F&M Tool and Die**<br>**2468SC000596EF** | **Collection** | **Clinton District Court**<br>**300 Boylston Street**<br>**Clinton, MA 01510** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Special Mold Engineering, Inc. v. F&M Tool and Die**<br>**24-04046-GC** | **Collection** | **Michigan Judicial Court**<br>**700 Barclay Circle**<br>**Rochester, MI 48307** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Bancroft Holding LLC**                                                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Madoff & Khoury LLP**<br>**124 Washington Street, Suite 202**<br>**Foxborough, MA 02035** | **Attorney Fees** | | **$8,162.00** |
| | Email or website address<br>**alston@mandkllp.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **United States Bankruptcy Court** | | | **$338.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **3rd Party** | **Two Makino Wire EDM Machines** | **April 2023** | **$20,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.2. | **Tom Dirusso**<br>**Leominster, MA** | **LK CNC Milling Machine** | **April 2023** | **$5,000.00** |
| | Relationship to debtor<br>**None** | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Bancroft Holding LLC**                                            Case number *(if known)* _____

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **25 Jytek Road**<br>**Leominster, MA 01453** | **July 2018 - May 2023** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **F&M Tool and Die Retirement Plan** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **Bancroft Holding LLC**    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Avidia Bank**<br>**470 Lancaster Street**<br>**Leominster, MA 01453** | **XXXX-1298** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **January 2025** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **John Carpenter**<br>**316 County Home Road**<br>**Thompson, CT** | **John Carpenter** | **Two leased molding machings and two owned molding machines** | ☐ No<br>■ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| - | | **Varios raw material and work in progress owned by customers** | **$0.00** |

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor   **Bancroft Holding LLC**                                    Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Gray, Gray & Gray, LLP** **150 Royall Street, Suite 102** **Canton, MA 02021** | **- Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Gray, Gray & Gray LLP** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **7**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Bancroft Holding LLC** _____   Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Gray, Gray & Gray LLP** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Avidia Bank**<br>**42 Main Street**<br>**Hudson, MA 01749** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Scott Duncan** | **62 Campground Road**<br>**West Boylston, MA 01583** | **Manager** | **80%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   **See SOFA Question 4** | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Debtor    **Bancroft Holding LLC**                                        Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **See SOFA Question 16** | EIN: |

---

**Part 14:**  **Signature and Declaration**

 **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

 I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

 I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  7, 2025**

**/s/ Scott Duncan**                                    **Scott Duncan**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

90 DAY

| Date | Transaction Type | Name | Num | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|
| 02/26/2025 | Journal Entry | 1088 | FINAL PAYROLL & TAXES | Operating Acct-Bancroft Holding LLC | -Split- | -41,655.72 |
| 01/26/2025 | Bill Payment (Check) | ACADIA INSURANCE COMPANY | ACH250128 | | 40030907 | 20000 Accounts Payable | -1,970.00 |
| 12/03/2024 | Bill Payment (Check) | ADVANTAGE BENEFITS GROUP, INC. | ACH241203 | | Group ID G000040011-00001 | 20000 Accounts Payable | -748.93 |
| 12/31/2024 | Bill Payment (Check) | ADVANTAGE BENEFITS GROUP, INC. | ACH241231-5 | | Group ID G000040011-00001 | 20000 Accounts Payable | -979.32 |
| 02/04/2025 | Bill Payment (Check) | ADVANTAGE BENEFITS GROUP, INC. | ACH250204 | | Group ID G000040011-00001 | 20000 Accounts Payable | -382.21 |
| 02/27/2025 | Check | ALAN FREEMAN | 6809872609 | | | 50911 Compensation Exp-Direct:Gross Wages-Direct | -1,636.33 |
| 12/11/2024 | Check | BAUCHMAN'S TOWING INC | 1008 | | | 14000 Inventory | -600.00 |
| 12/16/2024 | Bill Payment (Check) | BEACON MEDTECH SOLUTIONS – MA LLC | ACH241216-3 | | | 20000 Accounts Payable | -15,960.76 |
| 12/01/2024 | Bill Payment (Check) | BLUE CROSS & BLUE SHIELD | ACH241201 | | 8064707 | 20000 Accounts Payable | -849.16 |
| 01/01/2025 | Bill Payment (Check) | BLUE CROSS & BLUE SHIELD | ACH010125 | | 8064707 | 20000 Accounts Payable | -974.51 |
| 02/04/2025 | Bill Payment (Check) | BLUE CROSS & BLUE SHIELD | ACH250201 | | 8064707 | 20000 Accounts Payable | -713.22 |
| 12/04/2024 | Bill Payment (Check) | CARPENTER MOLD INC | ACH120424-1 | | | 20000 Accounts Payable | -3,000.00 |
| 12/11/2024 | Bill Payment (Check) | CARPENTER MOLD INC | ACH121124 | | | 50940 COS-Inventory Mgt & Shop Supplies:Other Direct Costs-Molding | -3,000.00 |
| 12/16/2024 | Check | CARPENTER MOLD INC | Wire241216 | | | 50940 COS-Inventory Mgt & Shop Supplies:Other Direct Costs-Molding | -13,213.60 |
| 12/18/2024 | Bill Payment (Check) | CARPENTER MOLD INC | ACH241216-1 | | | 20000 Accounts Payable | -3,000.00 |
| 12/19/2024 | Bill Payment (Check) | CARPENTER MOLD INC | ACH241219-1 | | | 20000 Accounts Payable | -3,000.00 |
| 12/24/2024 | Bill Payment (Check) | CARPENTER MOLD INC | ACH241224-3 | | | 20000 Accounts Payable | -3,000.00 |
| 12/31/2024 | Bill Payment (Check) | CARPENTER MOLD INC | ACH241231-3 | | | 20000 Accounts Payable | -3,000.00 |
| 01/08/2025 | Bill Payment (Check) | CARPENTER MOLD INC | ACH250108-3 | | | 20000 Accounts Payable | -3,000.00 |
| 01/10/2025 | Bill Payment (Check) | CARPENTER MOLD INC | ACH250110-3 | | | 20000 Accounts Payable | -8,500.00 |
| 01/15/2025 | Bill Payment (Check) | CARPENTER MOLD INC | ACH250115-1 | | | 20000 Accounts Payable | -3,000.00 |
| 01/24/2025 | Bill Payment (Check) | CARPENTER MOLD INC | ACH250123-2 | | | 20000 Accounts Payable | -3,000.00 |
| 01/30/2025 | Bill Payment (Check) | CARPENTER MOLD INC | ACH250130-1 | | | 20000 Accounts Payable | -3,000.00 |
| 02/05/2025 | Bill Payment (Check) | CARPENTER MOLD INC | ACH250130-2 | | | 20000 Accounts Payable | -4,500.00 |
| 02/05/2025 | Bill Payment (Check) | CARPENTER MOLD INC | ACH250205 | | | 20000 Accounts Payable | -3,000.00 |
| 02/11/2025 | Bill Payment (Check) | CARPENTER MOLD INC | ACH250211 | | | 20000 Accounts Payable | -1,875.00 |
| 02/12/2025 | Bill Payment (Check) | CARPENTER MOLD INC | ACH250212 | | | 20000 Accounts Payable | -3,000.00 |
| 02/19/2025 | Bill Payment (Check) | CARPENTER MOLD INC | ACH250219 | | | 20000 Accounts Payable | -3,000.00 |
| 02/26/2025 | Bill Payment (Check) | CARPENTER MOLD INC | ACH250226-1 | | | 20000 Accounts Payable | -15,960.76 |
| 12/27/2024 | Check | CE BAIRD CORPORATION | ACH241231 | | | -Split- | -3,714.00 |
| 01/01/2025 | Check | CE BAIRD CORPORATION | ACH010325 | | | 60911 Corp Ovhd:Premises Expense-Corp Overhead:Lease-Corp Overhead | -16,439.57 |
| 01/02/2025 | Check | CE BAIRD CORPORATION | ACH250101 | | | 60911 Corp Ovhd:Ins Exp-Corp Overhead:Property&Casualty-Corp Overhead | -3,666.00 |
| 01/10/2025 | Check | CE BAIRD CORPORATION | ACH250110-2 | | | 14400 Vendor Deposits | -8,219.79 |
| 01/10/2025 | Check | CE BAIRD CORPORATION | ACH250110-2 | | | 14400 Vendor Deposits | -8,219.76 |
| 01/25/2025 | Check | CE BAIRD CORPORATION | ACH250129 | | | 60911 Corp Ovhd:Ins Exp-Corp Overhead:Property&Casualty-Corp Overhead | -1,970.00 |
| 01/30/2025 | Check | CE BAIRD CORPORATION | ACH250130 | | | 14400 Vendor Deposits | -16,440.57 |
| 01/31/2025 | Bill Payment (Check) | CE BAIRD CORPORATION | ACH250131 | | | 20000 Accounts Payable | -4,109.89 |
| 02/07/2025 | Bill Payment (Check) | CE BAIRD CORPORATION | ACH250207 | | | 20000 Accounts Payable | -4,109.89 |
| 02/12/2025 | Bill Payment (Check) | CE BAIRD CORPORATION | ACH250213-1 | | | 20000 Accounts Payable | -8,219.79 |
| 12/03/2024 | Bill Payment (Check) | CHASE CARD (SCOTT) | ACH241203 | | | 20000 Accounts Payable | -3,000.00 |
| 12/16/2024 | Bill Payment (Check) | CHASE CARD (SCOTT) | ACH241216-6 | | | 20000 Accounts Payable | -10,000.00 |
| 12/31/2024 | Bill Payment (Check) | CHASE CARD (SCOTT) | ACH241231-6 | | | 20000 Accounts Payable | -2,500.00 |
| 01/13/2025 | Bill Payment (Check) | CHASE CARD (SCOTT) | ACH250113 | | 2/11/25 conf #4170430023 | 20000 Accounts Payable | -3,500.00 |
| 02/11/2025 | Bill Payment (Check) | CHASE CARD (SCOTT) | ACH250211-2 | | | 20000 Accounts Payable | -2,180.00 |

| Date | Type | Num | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| 02/13/2025 | Bill Payment (Check) | ACH250213 | CHASE CARD (SCOTT) | | 20000 Accounts Payable | -1,000.00 |
| 12/26/2024 | Bill Payment (Check) | ACH122624 | COMCAST | 8773 1035 2069 6337 | 20000 Accounts Payable | -595.36 |
| 01/26/2025 | Bill Payment (Check) | ACH250129 | COMCAST | 8773 1035 2069 6337 | 20000 Accounts Payable | -625.39 |
| 12/16/2024 | Bill Payment (Check) | ACH241218 | COMPASS 360 | | 20000 Accounts Payable | -45.50 |
| 02/01/2025 | Bill Payment (Check) | ACH250201 | COMPASS 360 | | 60070 Corp Ovhd:Corp Ovhd-Bank & Trans Fees | -1,035.00 |
| 12/17/2024 | Check | ACH121724 | CORNERSTONE BANK | | 60070 Corp Ovhd:Corp Ovhd-Bank & Trans Fees | -100.00 |
| 12/24/2024 | Check | ACH241224-1 | CORNERSTONE BANK | | -Split- | -25.00 |
| 12/24/2024 | Check | ACH241224 | CORNERSTONE BANK | | 60070 Corp Ovhd:Corp Ovhd-Bank & Trans Fees | -50.00 |
| 01/16/2025 | Check | ACH250116-5 | CORNERSTONE BANK | | -Split- | -150.00 |
| 02/18/2025 | Check | ACH250218 | CORNERSTONE BANK | | 60070 Corp Ovhd:Corp Ovhd-Bank & Trans Fees | -100.00 |
| 02/19/2025 | Check | FEB250219 | CORNERSTONE BANK | | 60070 Corp Ovhd:Corp Ovhd-Bank & Trans Fees | -50.00 |
| 02/24/2025 | Check | 1029 | CYNTHIA DINOIA | | 60511 G&A:Comp-G&A:Gross Wages-G&A | -3,006.57 |
| 02/27/2025 | Check | 6808877911 | DANIEL LAROSE | | 60111 Eng&Ops:Compensation-Eng&Ops:Gross Wages-Eng&Ops | -4,121.20 |
| 12/16/2024 | Check | ACH241218-3 | DME COMPANY | 25612 | 20000 Accounts Payable | -600.00 |
| 12/31/2024 | Bill Payment (Check) | ACH241231-2 | DME COMPANY | 25612 | 20000 Accounts Payable | -500.00 |
| 01/15/2025 | Bill Payment (Check) | ACH250115-3 | DME COMPANY | 25612 | 20000 Accounts Payable | -500.00 |
| 02/05/2025 | Bill Payment (Check) | ACH250205-4 | DME COMPANY | | 20000 Accounts Payable | -1,417.28 |
| 01/06/2025 | Bill Payment (Check) | ACH250106-4 | EASTERN INDUSTRIAL AUTOMATION | | 20000 Accounts Payable | -1,714.07 |
| 12/05/2024 | Check | ACH241205 | EMPOWER | 401K Payroll Transaction for F&M Retirement Plan #844487 | 21250 Payroll Liabilities:Withholding-Employee 401k | -1,798.95 |
| 12/17/2024 | Check | ACH1217224 | EMPOWER | 401K Payroll Transaction for F&M Retirement Plan #844487 | 21250 Payroll Liabilities:Withholding-Employee 401k | -1,723.85 |
| 12/18/2024 | Check | ACH241219 | EMPOWER | 401K Payroll Transaction for F&M Retirement Plan #844487 | 21250 Payroll Liabilities:Withholding-Employee 401k | -1,769.41 |
| 12/20/2024 | Check | ACH122624 | EMPOWER | 401K Payroll Transaction for F&M Retirement Plan #844487 | 21250 Payroll Liabilities:Withholding-Employee 401k | -1,773.37 |
| 01/02/2025 | Check | ACH250102 | EMPOWER | 401K Payroll Transaction for F&M Retirement Plan #844487 | 21250 Payroll Liabilities:Withholding-Employee 401k | -1,732.80 |
| 01/06/2025 | Check | ACH010624 | EMPOWER | 401K Payroll Transaction for F&M Retirement Plan #844487 | 21250 Payroll Liabilities:Withholding-Employee 401k | -1,752.12 |
| 01/16/2025 | Check | ACH250116 | EMPOWER | 401K Payroll Transaction for F&M Retirement Plan #844487 | 21250 Payroll Liabilities:Withholding-Employee 401k | -1,742.07 |
| 01/22/2025 | Check | ACH250123 | EMPOWER | 401K Payroll Transaction for F&M Retirement Plan #844487 | 21250 Payroll Liabilities:Withholding-Employee 401k | -1,727.08 |
| 01/29/2025 | Check | ACH250130 | EMPOWER | 401K Payroll Transaction for F&M Retirement Plan #844487 | 21250 Payroll Liabilities:Withholding-Employee 401k | -1,755.20 |
| 02/04/2025 | Check | ACH250206 | EMPOWER | 401K Payroll Transaction for F&M Retirement Plan #844487 | 21250 Payroll Liabilities:Withholding-Employee 401k | -1,554.70 |
| 02/06/2025 | Check | ACH250213 | EMPOWER | 401K Payroll Transaction for F&M Retirement Plan #844487 | 21250 Payroll Liabilities:Withholding-Employee 401k | -1,509.24 |
| 02/19/2025 | Check | ACH250220 | EMPOWER | 401K Payroll Transaction for F&M Retirement Plan #844487 | 21250 Payroll Liabilities:Withholding-Employee 401k | -1,699.78 |
| 02/27/2025 | Check | ACH250227 | EMPOWER | 401K Payroll Transaction for F&M Retirement Plan #844487 | 21250 Payroll Liabilities:Withholding-Employee 401k | -1,762.12 |
| | | | | | | -1,154.80 |
| 01/10/2025 | Bill Payment (Check) | ACH250108-2 | EPS POLYMER DISTRIBUTION | | 20000 Accounts Payable | -1,762.98 |
| 01/24/2025 | Bill Payment (Check) | ACH241201 | EQUIPMENT FINANCE GROUP LLC | 1769510 | 20000 Accounts Payable | -1,762.96 |
| 01/10/2025 | Bill Payment (Check) | ACH010225 | EQUIPMENT FINANCE GROUP LLC | 1769510 | 20000 Accounts Payable | -1,762.96 |
| 02/01/2025 | Bill Payment (Check) | ACH250201 | EQUIPMENT FINANCE GROUP LLC | 1769510 | 20000 Accounts Payable | -189.30 |
| 12/24/2024 | Bill Payment (Check) | ACH122724 | FEDEX | 1338-4663-9 | 20000 Accounts Payable | -188.16 |
| 12/26/2024 | Bill Payment (Check) | ACH123024-1 | FITCHBURG HARDWARE | | 20000 Accounts Payable | -38.72 |
| 02/27/2025 | Check | 6808877906 | GERARD CABRERA | Join will pay back with payroll deduction | 14130 Employee Tool Advance | -528.35 |
| 02/04/2025 | Journal Entry | ACH250227 | GERSTNER & SONS | Payment to Investor GD (Merrill Lynch) | -Split- | -10,000.00 |
| 12/24/2024 | Journal Entry | 1051 | Gordon Duncan | | 20000 Accounts Payable | -4,000.00 |
| 12/12/2024 | Bill Payment (Check) | GGG123124 | GRAY, GRAY & GRAY LLP | | 20000 Accounts Payable | -4,000.00 |
| 02/24/2025 | Bill Payment (Check) | ACH250204-3 | GRAY, GRAY & GRAY LLP | | 20000 Accounts Payable | -1,513.40 |
| 02/26/2025 | Bill Payment (Check) | ACH250205-3 | HARDLINE HEAT TREATING | | 20000 Accounts Payable | -11,022.14 |
| 12/04/2024 | Bill Payment (Check) | ACH124104 | HARVARD PILGRIM HEALTHCARE | 5571000000 | 20000 Accounts Payable | -11,175.94 |
| 01/10/2025 | Bill Payment (Check) | ACH250110 | HARVARD PILGRIM HEALTHCARE | 5571000000 | 20000 Accounts Payable | |

| Date | Type | Name | Num | Account | Amount |
|---|---|---|---|---|---|
| 02/04/2025 | Bill Payment (Check) | HARVARD PILGRIM HEALTHCARE | 8571000000 | 20000 Accounts Payable | -11,175.84 |
| 01/09/2025 | Bill Payment (Check) | HUSKY INJECTION MOLDING SYSTEM | 66940 | 20000 Accounts Payable | -1,000.00 |
| 01/16/2025 | Bill Payment (Check) | HUSKY INJECTION MOLDING SYSTEM | 66940 | 20000 Accounts Payable | -500.00 |
| 12/12/2024 | Bill Payment (Check) | HYUNDAI MOTOR FINANCE | | 20000 Accounts Payable | -551.42 |
| 01/12/2025 | Bill Payment (Check) | HYUNDAI MOTOR FINANCE | | 20000 Accounts Payable | -551.42 |
| 02/12/2025 | Bill Payment (Check) | HYUNDAI MOTOR FINANCE | | 20000 Accounts Payable | -551.42 |
| 12/30/2024 | Bill Payment (Check) | INDUSTRIAL TOOL SUPPLY, INC. | | 20000 Accounts Payable | -1,000.00 |
| 02/27/2025 | Check | JAMES McGRATH | | 50911 Compensation Exp-Direct/Gross Wages-Direct | -1,796.61 |
| 02/27/2025 | Check | JOHN DIRUSSO | | 50911 Compensation Exp-Direct/Gross Wages-Direct | -2,691.42 |
| 02/27/2025 | Check | JON AHOLA | | 50911 Compensation Exp-Direct/Gross Wages-Direct | -1,131.38 |
| 02/27/2025 | Check | KEITH A. ROSSNER | | 50911 Compensation Exp-Direct/Gross Wages-Direct | -3,350.72 |
| 12/30/2024 | Bill Payment (Check) | Lancaster Sewer District Commission | 1416 | 20000 Accounts Payable | -1,684.00 |
| 12/16/2024 | Bill Payment (Check) | LAWRENCE WASTE SERVICES | | 20000 Accounts Payable | -202.00 |
| 01/16/2025 | Bill Payment (Check) | LAWRENCE WASTE SERVICES | | 20000 Accounts Payable | -214.00 |
| 02/16/2025 | Bill Payment (Check) | LAWRENCE WASTE SERVICES | | 20000 Accounts Payable | -214.00 |
| 01/23/2025 | Bill Payment (Check) | LEOMINSTER CLEANING SERVICES | | 20000 Accounts Payable | -1,699.47 |
| 01/31/2025 | Bill Payment (Check) | LEOMINSTER MICRO WELDING INC | | 20000 Accounts Payable | -510.00 |
| 12/16/2024 | Bill Payment (Check) | LINDCO SPRINGFIELD | | 20000 Accounts Payable | -1,098.80 |
| 01/02/2025 | Bill Payment (Check) | LINDEN MOLD AND TOOL CORPORATION | | 20000 Accounts Payable | -484.00 |
| 12/17/2024 | Bill Payment (Check) | MACHINERY FINANCE | | 20000 Accounts Payable | -2,560.47 |
| 12/27/2024 | Bill Payment (Check) | MACHINERY FINANCE | | 20000 Accounts Payable | -2,015.00 |
| 01/17/2025 | Bill Payment (Check) | MACHINERY FINANCE | | 20000 Accounts Payable | -2,560.47 |
| 01/22/2025 | Bill Payment (Check) | MACHINERY FINANCE | | 20000 Accounts Payable | -2,015.00 |
| 02/21/2025 | Bill Payment (Check) | MACHINERY FINANCE | | 20000 Accounts Payable | -2,015.00 |
| 02/27/2025 | Check | MARK GIRARD | | 60111 EngLOps Compensation-EngLOps:Gross Wages-EngLOps | -2,220.31 |
| 12/24/2024 | Journal Entry | Merrill Lynch | Wire Fee ML | -Split- | -25.00 |
| 12/16/2024 | Bill Payment (Check) | MGM PROPERTIES INC | | 20000 Accounts Payable | -2,740.82 |
| 01/16/2025 | Bill Payment (Check) | MGM PROPERTIES INC | | 20000 Accounts Payable | -2,740.82 |
| 02/16/2025 | Bill Payment (Check) | MGM PROPERTIES INC | | 20000 Accounts Payable | -2,740.82 |
| 02/27/2025 | Check | MICHAEL AUGER | 63583-04017 | 50911 Compensation Exp-Direct/Gross Wages-Direct | -2,187.19 |
| 12/05/2024 | Bill Payment (Check) | NATIONAL GRID - + | 63583-84017 | 20000 Accounts Payable | -3,000.00 |
| 12/31/2024 | Bill Payment (Check) | NATIONAL GRID - + | 63583-84017 | 20000 Accounts Payable | -3,000.00 |
| 01/23/2025 | Bill Payment (Check) | NATIONAL GRID - + | 63583-84017 | 20000 Accounts Payable | -3,000.00 |
| 02/21/2025 | Bill Payment (Check) | NATIONAL GRID - + | 5128430 | 20000 Accounts Payable | -3,000.00 |
| 01/23/2025 | Bill Payment (Check) | OSTERMAN PROPANE | 5128430 | 20000 Accounts Payable | -141.32 |
| 01/23/2025 | Bill Payment (Check) | OSTERMAN PROPANE | 5128430 | 20000 Accounts Payable | -2,080.00 |
| 01/13/2025 | Check | PAY BY PLATE | | Operating Acct-Bancroft Holding LLC | -11.10 |
| 12/05/2024 | Journal Entry | | 1934 | Operating Acct-Bancroft Holding LLC | -19,021.14 |
| 12/13/2024 | Journal Entry | | 1043 | Operating Acct-Bancroft Holding LLC | -19,164.56 |
| 12/16/2024 | Journal Entry | | 1045 | Operating Acct-Bancroft Holding LLC | -19,662.26 |
| 12/26/2024 | Journal Entry | | 1046 | Operating Acct-Bancroft Holding LLC | -18,967.08 |
| 12/31/2024 | Journal Entry | | 1050 | Operating Acct-Bancroft Holding LLC | -20,906.97 |
| 01/06/2025 | Journal Entry | | 1053 | Operating Acct-Bancroft Holding LLC | -19,647.25 |
| 01/16/2025 | Journal Entry | | 1057 | Operating Acct-Bancroft Holding LLC | -20,263.82 |

| Date | Type | Num | Name | Memo/Description | Ref | Account | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/23/2025 | Journal Entry | 1062 | Payroll | Operating Acct-Bancroft Holding LLC | | | -Split- | -23,592.52 |
| 01/30/2025 | Journal Entry | 1066 | Payroll | Operating Acct-Bancroft Holding LLC | | | -Split- | -21,104.79 |
| 02/06/2025 | Journal Entry | 1072 | Payroll | Operating Acct-Bancroft Holding LLC | | | -Split- | -19,438.04 |
| 02/13/2025 | Journal Entry | 1078 | Payroll | Operating Acct-Bancroft Holding LLC | | | -Split- | -18,778.05 |
| 02/20/2025 | Journal Entry | 1081 | Payroll | Operating Acct-Bancroft Holding LLC | | | -Split- | -18,741.46 |
| 02/27/2025 | Journal Entry | 1085 | Payroll | Operating Acct-Bancroft Holding LLC | | | -Split- | -20,160.83 |
| 12/03/2024 | Bill Payment (Check) | ACH120324 | PCS COMPANY | 383658 | | 20000 Accounts Payable | | -1,000.00 |
| 12/06/2024 | Bill Payment (Check) | ACH120624 | PCS COMPANY | 383658 | | 20000 Accounts Payable | | -500.00 |
| 12/16/2024 | Bill Payment (Check) | ACH241216-7 | PCS COMPANY | 380658 | | 20000 Accounts Payable | | -500.00 |
| 12/20/2024 | Bill Payment (Check) | ACH241220 | PCS COMPANY | 383658 | | 20000 Accounts Payable | | -500.00 |
| 12/27/2024 | Bill Payment (Check) | ACH241227 | PCS COMPANY | 383658 | | 20000 Accounts Payable | | -500.00 |
| 01/03/2025 | Bill Payment (Check) | ACH250103 | PCS COMPANY | 383658 | | 20000 Accounts Payable | | -500.00 |
| 01/09/2025 | Bill Payment (Check) | ACH250109-3 | PCS COMPANY | 383658 | | 20000 Accounts Payable | | -500.00 |
| 01/16/2025 | Bill Payment (Check) | ACH250116-2 | PCS COMPANY | 383658 | | 20000 Accounts Payable | | -500.00 |
| 02/06/2025 | Bill Payment (Check) | ACH250206-2 | PCS COMPANY | 383658 | | 20000 Accounts Payable | | -500.00 |
| 02/07/2026 | Bill Payment (Check) | ACH250207-1 | PCS COMPANY | 383658 | | 20000 Accounts Payable | | -500.00 |
| 02/13/2025 | Bill Payment (Check) | ACH250213 | PCS COMPANY | 383658 | | 20000 Accounts Payable | | -500.00 |
| 02/21/2025 | Bill Payment (Check) | ACH250221-1 | PCS COMPANY | 383658 | | 20000 Accounts Payable | | -500.00 |
| 12/12/2024 | Bill Payment (Check) | ACH241212-1 | PROGRESSIVE COMPONENTS INTL CORP | 9001582 | | 20000 Accounts Payable | | -500.00 |
| 12/19/2024 | Bill Payment (Check) | ACH241212-2 | PROGRESSIVE COMPONENTS INTL CORP | 9001582 | | 20200 Accounts Payable | | -500.00 |
| 01/06/2025 | Bill Payment (Check) | ACH250117 | PROGRESSIVE COMPONENTS INTL CORP | 9001582 | | 20000 Accounts Payable | | -500.00 |
| 01/10/2025 | Bill Payment (Check) | ACH250110-4 | PROGRESSIVE COMPONENTS INTL CORP | 9001582 | | 20000 Accounts Payable | | -500.00 |
| 01/23/2025 | Bill Payment (Check) | ACH250123-1 | PROGRESSIVE COMPONENTS INTL CORP | 9001582 | | 20000 Accounts Payable | | -500.00 |
| 12/10/2024 | Check | ACH121024 | QuickBooks Payments | | | 60970 Corp Ovhd-Corp Ovhd-Bank & Trans Fees | | -249.69 |
| 12/10/2024 | Check | 11025 | QuickBooks Payments | | | 60970 Corp Ovhd-Corp Ovhd-Bank & Trans Fees | | -249.69 |
| 01/09/2025 | Check | ACH250128 | QuickBooks Payments | | | 60970 Corp Ovhd-Corp Ovhd-Bank & Trans Fees | | -30.30 |
| 01/09/2025 | Expense | | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee=name; Discount/FlateFee, fee=type; Daily. | | 50470 Corp Ovhd-Corp Ovhd-Bank & Trans Fees | | -43.06 |
| 01/10/2025 | Check | ACH250210-1 | QuickBooks Payments | | | 60970 Corp Ovhd-Corp Ovhd-Bank & Trans Fees | | -249.69 |
| 02/10/2025 | Check | ACH250221-2 | REGISTRY OF MOTOR VEHICLES | Reg TR2872 | | 60920 Corp Ovhd-Vehicle Expense-Corp Overhead | | -105.00 |
| 01/07/2025 | Bill Payment (Check) | ACH250100-1 | ROEHR TOOL SOLUTIONS | | | 20000 Accounts Payable | | -640.00 |
| 01/07/2025 | Bill Payment (Check) | ACH250107-2 | ROSS EXPRESS, LLC | FMTCLR02 | | | | -1,469.45 |
| 02/06/2025 | Check | 5008 | Scott G Duncan | | | 60591 G&A Pr/ Comp/Direct-G&A Gross Wages-G&A | | -3,174.00 |
| 12/26/2024 | Check | 6088872005 | SEAN IRELAND | | | 50911 Compensation Exp-Direct-Gross Wages-Direct | | -1,212.14 |
| 12/05/2024 | Check | ACH | SECOND WIND CONSULTANTS | | | 60943 Corp Ovhd/Professional Services-Corp Ovhd-Prof Svcs-Consulting | | -2,812.50 |
| 12/12/2024 | Check | ACH | SECOND WIND CONSULTANTS | | | 60943 Corp Ovhd/Professional Services-Corp Ovhd-Prof Svcs-Consulting | | -2,812.50 |
| 12/16/2024 | Check | ACH | SECOND WIND CONSULTANTS | | | 60943 Corp Ovhd/Professional Services-Corp Ovhd-Prof Svcs-Consulting | | -2,812.50 |
| 12/26/2024 | Check | ACH | SECOND WIND CONSULTANTS | | | 60943 Corp Ovhd/Professional Services-Corp Ovhd-Prof Svcs-Consulting | | -2,812.50 |
| 01/02/2025 | Check | ACH | SECOND WIND CONSULTANTS | | | 60943 Corp Ovhd/Professional Services-Corp Ovhd-Prof Svcs-Consulting | | -2,812.50 |
| 01/09/2025 | Check | ACH | SECOND WIND CONSULTANTS | | | 60943 Corp Ovhd/Professional Services-Corp Ovhd-Prof Svcs-Consulting | | -2,812.50 |
| 01/16/2025 | Check | ACH | SECOND WIND CONSULTANTS | | | 60943 Corp Ovhd/Professional Services-Corp Ovhd-Prof Svcs-Consulting | | -2,812.50 |
| 01/23/2025 | Check | ACH | SECOND WIND CONSULTANTS | | | 60943 Corp Ovhd/Professional Services-Corp Ovhd-Prof Svcs-Consulting | | -2,812.50 |
| 01/30/2025 | Check | ACH | SECOND WIND CONSULTANTS | | | 60943 Corp Ovhd/Professional Services-Corp Ovhd-Prof Svcs-Consulting | | -2,812.50 |
| 02/06/2025 | Check | ACH | SECOND WIND CONSULTANTS | | | 60943 Corp Ovhd/Professional Services-Corp Ovhd-Prof Svcs-Consulting | | -2,812.50 |
| 02/13/2025 | Check | ACH | SECOND WIND CONSULTANTS | | | 60943 Corp Ovhd/Professional Services-Corp Ovhd-Prof Svcs-Consulting | | -2,812.50 |
| 02/20/2025 | Check | ACH | SECOND WIND CONSULTANTS | | | 60943 Corp Ovhd/Professional Services-Corp Ovhd-Prof Svcs-Consulting | | -2,812.50 |

| Date | Type | Ref | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| 02/06/2025 | Bill Payment (Check) | ACH250296-1 | BID TOOL CO INC DBA M&C INDUSTRIAL SUPPLY | Customer #56207 | 20000 Accounts Payable | -200.89 |
| 01/13/2025 | Bill Payment (Check) | ACH250011-1 | THYSSENKRUPP | | 20000 Accounts Payable | -1,174.58 |
| 12/30/2024 | Bill Payment (Check) | 1007 | TOWN OF LANCASTER | | 20000 Accounts Payable | -6,617.26 |
| 12/16/2024 | Bill Payment (Check) | ACH241216-5 | TRIVIUM TECHNOLOGY, INC | | 20000 Accounts Payable | -2,154.26 |
| 01/08/2025 | Bill Payment (Check) | ACH250109 | TRIVIUM TECHNOLOGY, INC | | 20000 Accounts Payable | -2,154.26 |
| 02/10/2025 | Bill Payment (Check) | ACH250210 | TRIVIUM TECHNOLOGY, INC | | 20000 Accounts Payable | -2,154.26 |
| 02/03/2025 | Bill Payment (Check) | ACH250203 | ULINE | | 20000 Accounts Payable | -477.64 |
| 12/16/2024 | Bill Payment (Check) | ACH241216-1 | UNIFIRST | CUSTOMER # 15433902 | 20000 Accounts Payable | -499.41 |
| 01/07/2025 | Bill Payment (Check) | ACH250107 | UNIFIRST | V6920 | 20000 Accounts Payable | -354.83 |
| 02/06/2025 | Bill Payment (Check) | ACH250206-3 | UNIFIRST | V6920 | 20000 Accounts Payable | -282.60 |
| 12/02/2024 | Bill Payment (Check) | ACH120224 | UPS | V6920 | 20000 Accounts Payable | -54.39 |
| 12/09/2024 | Bill Payment (Check) | ACH120924 | UPS | 684-091 | 20000 Accounts Payable | -164.10 |
| 12/16/2024 | Bill Payment (Check) | ACH250102 | UPS | 684-091 | 20000 Accounts Payable | -38.25 |
| 12/23/2024 | Bill Payment (Check) | ACH241222 | UPS | 684-091 | 20000 Accounts Payable | -125.50 |
| 12/30/2024 | Bill Payment (Check) | ACH241230 | UPS | 684-091 | 20000 Accounts Payable | -22.75 |
| 01/13/2025 | Bill Payment (Check) | ACH250113 | UPS | 684-091 | 20000 Accounts Payable | -38.81 |
| 01/20/2025 | Bill Payment (Check) | ACH250120-3 | UPS | 684-091 | 20000 Accounts Payable | -60.89 |
| 01/27/2025 | Bill Payment (Check) | ACH250127 | UPS | 684-091 | 20000 Accounts Payable | -45.52 |
| 02/03/2025 | Bill Payment (Check) | ACH250203 | UPS | 684-091 | 20000 Accounts Payable | -10.68 |
| 02/10/2025 | Bill Payment (Check) | ACH250210-2 | UPS | 684-091 | 20000 Accounts Payable | -147.94 |
| 12/04/2024 | Bill Payment (Check) | ACH120424 | voestalpine High Performance Metals Corp. | 18002797 | 20000 Accounts Payable | -650.00 |
| 12/16/2024 | Bill Payment (Check) | ACH241216-4 | voestalpine High Performance Metals Corp. | 18002797 | 20000 Accounts Payable | -2,550.00 |
| 12/16/2024 | Bill Payment (Check) | ACH241216-2 | voestalpine High Performance Metals Corp. | 18002797 | 20000 Accounts Payable | -650.00 |
| 12/24/2024 | Bill Payment (Check) | ACH241224-1 | voestalpine High Performance Metals Corp. | 18002797 | 20000 Accounts Payable | -650.00 |
| 12/31/2024 | Bill Payment (Check) | ACH241231-1 | voestalpine High Performance Metals Corp. | 18002797 | 20000 Accounts Payable | -650.00 |
| 01/06/2025 | Bill Payment (Check) | ACH250105-2 | voestalpine High Performance Metals Corp. | 18002797 | 20000 Accounts Payable | -756.57 |
| 01/06/2025 | Bill Payment (Check) | ACH250105-1 | voestalpine High Performance Metals Corp, dba StunlteI Industries | 25000025 | 20000 Accounts Payable | -93.43 |
| 01/16/2025 | Bill Payment (Check) | ACH250115-2 | voestalpine High Performance Metals Corp, dba Stunltel Industries | 25000025 | 20000 Accounts Payable | -650.00 |
| 02/03/2025 | Bill Payment (Check) | ACH250203-1 | voestalpine High Performance Metals Corp, dba Stunltel Industries | 25000025 | 20000 Accounts Payable | -961.31 |
| 02/10/2025 | Check | ACH250213 | YARDE METALS | PO 19480 JOB 16684-01 | 14000 Inventory | -238.58 |
| 12/13/2024 | Bill Payment (Check) | ACH123024-2 | YITAISHENG (KUNSHAN) INT'L TRADE CO LTD | | 20000 Accounts Payable | -1,000.00 |
| 01/16/2025 | Bill Payment (Check) | ACH250116-3 | YITAISHENG (KUNSHAN) INT'L TRADE CO LTD | | 20000 Accounts Payable | -1,000.00 |

## Transaction Detail by Account
### F&M Tool and Die
### March 1, 2024-February 28, 2025

| | Transaction date | Transaction type | Num | Line description | Category/Product/Service amount |
|---|---|---|---|---|---|
| Gordon Duncan | 12/24/2024 | Journal Entry | 1051 | Note payback | -10,000.00 |
| Christopher Duncan (Central Mass Landscapes) | 09/26/2024 | Bill Payment | ACH2409026-4 | | 3,756.50 |
| Christopher Duncan (Central Mass Landscapes) | 11/22/2024 | Bill Payment | ACH241122 | | 637.50 |
| Scott Duncan | 03/07/2024 | Journal Entry | 904 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 03/14/2024 | Journal Entry | 905 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 03/21/2024 | Journal Entry | 909 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 03/28/2024 | Journal Entry | 912 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 04/04/2024 | Journal Entry | 913 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 04/11/2024 | Journal Entry | 917 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 04/18/2024 | Journal Entry | 923 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 04/25/2024 | Journal Entry | 924 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 05/02/2024 | Journal Entry | 926 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 05/09/2024 | Journal Entry | 931 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 05/16/2024 | Journal Entry | 941 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 05/23/2024 | Journal Entry | 942 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 05/30/2024 | Journal Entry | 946 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 06/06/2024 | Journal Entry | 947 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 06/13/2024 | Journal Entry | 950 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 06/20/2024 | Journal Entry | 954 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 06/27/2024 | Journal Entry | 955 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 07/03/2024 | Journal Entry | 960 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 07/11/2024 | Journal Entry | 963 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 07/18/2024 | Journal Entry | 967 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 07/25/2024 | Journal Entry | 968 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 07/31/2024 | Journal Entry | 971 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 08/08/2024 | Journal Entry | 974 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 08/15/2024 | Journal Entry | 979 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 08/22/2024 | Journal Entry | 980 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 08/29/2024 | Journal Entry | 983 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 09/05/2024 | Journal Entry | 986 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 09/12/2024 | Journal Entry | 990 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 09/19/2024 | Journal Entry | 993 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 09/26/2024 | Journal Entry | 996 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 10/03/2024 | Journal Entry | 999 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 10/10/2024 | Journal Entry | 1007 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 2,000.00 |
| Scott Duncan | 10/17/2024 | Journal Entry | 1010 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 10/24/2024 | Journal Entry | 1013 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 10/31/2024 | Journal Entry | 1018 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |

| Name | Date | Type | Num | Account | Amount |
| --- | --- | --- | --- | --- | --- |
| Scott Duncan | 11/07/2024 | Journal Entry | 1020 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 11/14/2024 | Journal Entry | 1026 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 11/21/2024 | Journal Entry | 1029 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 11/27/2024 | Journal Entry | 1030 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 12/05/2024 | Journal Entry | 1034 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 12/12/2024 | Journal Entry | 1043 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 12/19/2024 | Journal Entry | 1045 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 12/26/2024 | Journal Entry | 1046 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 12/31/2024 | Journal Entry | 1050 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 01/09/2025 | Journal Entry | 1053 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 01/16/2025 | Journal Entry | 1057 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 01/23/2025 | Journal Entry | 1062 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 01/30/2025 | Journal Entry | 1066 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 02/06/2025 | Journal Entry | 1072 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 02/13/2025 | Journal Entry | 1078 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 02/20/2025 | Journal Entry | 1081 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 02/27/2025 | Journal Entry | 1085 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |
| Scott Duncan | 02/28/2025 | Journal Entry | 1088 | G&A Dept:Partner Compensation/Draw:Gross Wages-Partner | 3,174.00 |

Accrual Basis Wednesday, March 05, 2025 02:09 PM GMT-Z

# United States Bankruptcy Court
### District of Massachusetts

In re    **Bancroft Holding LLC**                                          Case No. _____

                                            Debtor(s)        Chapter    **7** _____


# VERIFICATION OF CREDITOR MATRIX


I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.


Date:    **April  7, 2025**                        **/s/ Scott Duncan**
                                            **Scott Duncan/Manager**
                                            Signer/Title

Absolute Haitian Corporation
33 Southgate Street
Worcester, MA 01610

Acadia Insurance Company(Equip Property)
PO Box 639804
Cincinnati, OH 45263

Adaptive CNC Solutions LLC
50 Meadow Pond Road
South Berwick, ME 03908

Adrian Loring Advisors LLC
60 Thoreau Street #192
Concord, MA 01742

Air Filtration Systems LLC
5 Carpenter Street
Pawtucket, RI 02860

American Mold Builders Association
7321 Shadeland Station Way, Suite 285
Indianapolis, IN 46256

Amper Technologies, Inc.
770 N Halsted Street, Suite 308
Chicago, IL 60642

Atlantic Polymers Corp.
PO Box 21
Armonk, NY 10504

Avidia Bank
42 Main Street
Hudson, MA 01749

Bamberger AMCO Polymers
PO Box 935387
Atlanta, GA 31193

Bauchman's Towing Inc.
5 Enterprise Drive
Londonderry, NH 03053

Beacon Medtech Solutions - MA LLC
32 Jungle Road
Leominster, MA 01453

Belmont Equipment & Technologies
PO Box 710013
Madison Heights, MI 48071

Carpenter Mold Inc
316 County Home Road
Thompson, CT 06277

CE Baird Corporation
851 Sterling Road
Lancaster, MA 01523

Central Coating Technologies Inc.
PO Box 3376
Worcester, MA 01613

Central Mass Landscapes
PO Box 60423
Worcester, MA 01606

Chase Card
PO Box 1423
Charlotte, NC 28201

Chaves Heating & Air Conditioning
15 Bonazzoli Avenue
Hudson, MA 01749

Chuck's Grinding, Inc.
8345 Commerce Drive
Chanhassen, MN 55317

Cimatron Technologies Inc.
1445 Kemper Meadow Drive
Cincinnati, OH 45240

Cimquest Inc.
3434 Rt 22 West, Suite 130
Somerville, NJ 08876

Cloud MFG LLC
22306 River Road
Marengo, IL 60152

CMI Tooling & Components Inc.
3275 Deziel Drive
Windsor Ontario N8W 5A5 CANADA

Comcast
PO Box 70219
Philadelphia, PA 19176

Crews Consulting Group
222 Forbes Road, Suite 108
Braintree, MA 02184

DME Company
PO Box 854867
Minneapolis, MN 55485

DMS
1875 Blackacre Drive
Old Castle, ON N0R1L0 CANADA

DMS Company
1875 Blackacre Drive
Old Castle, ON N0R1L0 CANADA

eci ShopTech
PO Box 411110
Boston, MA 02241

Edro Specialty Steels LLC
20500 Carrey Road
Walnut, CA 91789

EMT Co.
PO Box 9478
Warwick, RI 02889

Equipment Finance Group, LLC
200 Clark Street
Dayton, KY 41074

F&M Sales LLC
25 Jytek Road
Leominster, MA 01453

FCS North America
1-5305 Pulleyblank Street
Old Castle Ontario N9G 0B8 CANADA

GO Engineer LLC
1787 F Fort Union Blvd, Suite 200
Salt Lake City, UT 84121

Gordon Duncan
62 Drury Lane
Worcester, MA 01609

Grainger
Dept. 878829373
Palatine, IL 60038

Gray, Gray & Gray LLP
150 Royall Street, Suite 102
Canton, MA 02021

Hardline Heat Treating
134 Ashland Avenue
Southbridge, MA 01550

Haven Meteorology LLC
13694 172nd Avenue
Grand Haven, MI 49417

Howard D'Amico, Esq.
33 Waldo Street
Worcester, MA 01608

Husky Injection Molding System
PO Box 277927
Atlanta, GA 30384

Hydro Air
PO Box 782056
Philadelphia, PA 19178

Hyundai Motor Finance
PO Box 650805
Dallas, TX 75265

Illionois Pro-Turn Inc.
40 Detroit Street, Unit 1
Cary, IL 60013

Industrial Air Compressor, LLC
213 School Street
Gardner, MA 01440

Industrial Tool Supply, Inc.
2 Carl Thompston Road
Westford, MA 01886

Jaffrael LLC
4240 Galt Ocean Dr #850
Fort Lauderdale, FL 33308

Kenneth Crosby A DXP Company
PO Box 840511
Dallas, TX 75284

Kimball Midwest
Dept. L-2780
Columbus, OH 43260

Lancaster Sewer District Commission
PO Box 773
South Lancaster, MA 01561

Leominster Cleaning Services
84 Sycamore Drive
Leominster, MA 01453

Liberty Supply Inc.
195 Hamilton Street
Leominster, MA 01453

Lillyworks, Inc.
1 Liberty Lane, Suite 210
Hampton, NH 03842

Lindco Springfield
176 Wayside Avenue
West Springfield, MA 01089

LLPrince Realty Trust
Attn: Craig A. Bovaird, Trustee
28 Laurel Lane
Princeton, MA 01541

Louis P. Cote, Inc.
42 Cote Avenue
Atlanta, GA 30353

Machinery Finance Resources
651 Day Hill Road
Windsor, CT 06095

Maniko Inc.
Dept Ch 16443
Palatine, IL 60055

Massachusetts Dept. of Transportation
Registry of Motor Vehicles
PO Box 55891
Boston, MA 02205

Mclane Middleton
900 Elm Street
PO Box 326
Manchester, NH 03105

McMaster-Carr Supply Co.
PO Box 7690
Chicago, IL 60680

Meusburger US Inc.
4600 Lebanon Road, Ste A1
Charlotte, NC 28227

MGM Properties Inc.
19 Sherwood Drive
Sterling, MA 01564

Michael F. Gasbarro
118 Clubhouse Drive
Leominster, MA 01453

Millennium Alarm Technologies, Inc.
PO Box 359
Leominster, MA 01453

National Grid
PO Box 371396
Pittsburgh, PA 15250

National Tooling & Machining
1357 Rockside Road
Cleveland, OH 44134

Nova Tech, Inc.
345 Farnum Pike
Smithfield, RI 02917

Nutmeg Chrome Corporation
111 Vanderbilt Avenue
West Hartford, CT 06110

Oerlikon Balzers Coating USA Inc.
27228 Network Place
Chicago, IL 60673

Osterman Propane
22 Legate Hill Road
Sterling, MA 01564

Paul H. Gesswein & Co Inc.
PO Box 3998255
Hancock Avenue
Bridgeport, CT 06605

PCS Company
Dept 771831
PO Box 7700
Detroit, MI 48277

Poly Plating, Inc.
2096 Westover Road
Westover Industrial Airpark
Chicopee, MA 01022

Progressive Components Intl Inc.
PO Box 734434
Chicago, IL 60673

Regal Components Inc.
10 Almeida Avenue
East Providence, RI 02914

RLG Associates
PO Box 549
Swansea, MA 02777

Robert Sosin, Esq.
Alspector, Sosin & Noveck, PLLC
30100 Telegraph Road, Suite 360
Franklin, MI 48025

Ross Express, LLC
PO Box 8909
Concord, NH 03303

Science of Business Inc.
1881 W Placita De Diciembre
Green Valley, AZ 85622

Scott Duncan
62 Campground Road
West Boylston, MA 01583

Special Mold Engineering Inc.
1900 Production Drive
Rochester, MI 48309

Specialized Industrial Services
21 Town Forest Road
Webster, MA 01570

Synventive Molding Solutions
PO Box 67000
Detroit, MI 48267

The Chapin & Bangs Co.
PO Box 1117
Bridgeport, CT 06601

The Robert E. Morris Company
NW 7968-01
PO Box 1450
Minneapolis, MN 55485

Town of Berlin
PO Box 41
Berlin, MA 01503

Town of Lancaster
701 Main Street, Suite 5
Lancaster, MA 01523

Town of Lancaster - Water
701 Main Street, Suite 5
Lancaster, MA 01523

Tracey Gear & Precision Shaft
740 York Avenue
Pawtucket, RI 02861

Tremblay
8111 Roll & Hold Parkway
Macedonia, OH 44056

Trident Machine Tools, Inc.
NW 7968-04
PO Box 1450
Minneapolis, MN 55485

TRMEF Basis II, LLC
c/o Ezerc LLC
608 SW 4th Ave
Fort Lauderdale, FL 33315

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

UniFirst
PO Box 650481
Dallas, TX 75265

Warehouse Plastics Co Inc.
50 Howe Ave
Millbury, MA 01527

WB Mason
P.O. Box 981101
Boston, MA 02298

Yitaisheng (Kunshan) Intl Trade Co Ltd
RM 2115 B5STL INTL EQPT PROC CENT
No 1288 Chegbei Rd
Kunshan Suzhou 215300 CHINA

# United States Bankruptcy Court
## District of Massachusetts

In re    **Bancroft Holding LLC**                                    Case No. _____

Debtor(s)                          Chapter    **7**   _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Bancroft Holding LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**April 7, 2025**
Date

**/s/ David B. Madoff**
**David B. Madoff 552968**
Signature of Attorney or Litigant
Counsel for   **Bancroft Holding LLC**
**Madoff & Khoury LLP**
**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
**508-543-0040 Fax:508-543-0020**
**alston@mandkllp.com**