# District of Massachusetts
# Claims Register

### 25-40356 Bancroft Holding LLC

**Chief Judge:** Elizabeth D. Katz  **Chapter:** 7
**Office:** Worcester  **Last Date to file claims:**
**Trustee:** Gary M. Weiner-W  **Last Date to file (Govt):** 10/06/2025

---

*Creditor:* (20976668)  **Claim No: 1**  *Status:*
Special Mold Engineering Inc.  *Original Filed Date:* 04/18/2025  *Filed by:* CR
1900 Production Drive  *Original Entered Date:* 04/18/2025  *Entered by:* ADI
Rochester, MI 48309  *Modified:*

Amount claimed: $9008.64

*History:*
Details  1-1  04/18/2025 Claim #1 filed by Special Mold Engineering Inc., Amount claimed: $9008.64 (ADI)

*Description:*
*Remarks:*

---

*Creditor:* (20976595)  **Claim No: 2**  *Status:*
Bauchman's Towing Inc.  *Original Filed Date:* 04/21/2025  *Filed by:* CR
5 Enterprise Drive  *Original Entered Date:* 04/21/2025  *Entered by:* lc
Londonderry, NH 03053  *Modified:*

Amount claimed: $513.07

*History:*
Details  2-1  04/21/2025 Claim #2 filed by Bauchman's Towing Inc., Amount claimed: $513.07 (lc)

*Description:*
*Remarks:*

---

*Creditor:* (20976630)  **Claim No: 3**  *Status:*
Illionois Pro-Turn Inc.  *Original Filed Date:* 04/25/2025  *Filed by:* CR
40 Detroit Street, Unit 1  *Original Entered Date:* 04/25/2025  *Entered by:* lc
Cary, IL 60013  *Modified:*

Amount claimed: $42748.38

*History:*
Details  3-1  04/25/2025 Claim #3 filed by Illionois Pro-Turn Inc., Amount claimed: $42748.38 (lc)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (20982680)<br>Tracey Gear Inc.<br>P.O. Box 2226<br>740 York Avenue<br>Pawtucket, RI 02861 | **Claim No: 4**<br>*Original Filed Date*: 04/25/2025<br>*Original Entered Date*: 04/25/2025<br>*Last Amendment Filed*: 05/05/2025<br>*Last Amendment Entered*: 05/05/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lc<br>*Modified:* |

  Amount claimed: $2372.00
 Priority  claimed: $2372.00

*History:*

| Details | | 4-1 | 04/25/2025 Claim #4 filed by Tracey Gear Inc., Amount claimed: $2372.00 (lc) |
| | | 18 | 04/25/2025 Court's Notice of Deficiency (POC) to Tracey Gear Inc. Re: Proof of Claim 4. (lc) |
| Details | | 4-2 | 05/05/2025 Amended Claim #4 filed by Tracey Gear Inc., Amount claimed: $2372.00 (lc) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (20983555)<br>The Robert E. Morris Company LLC<br>c/o Ryan Andrews<br>910 Day Hill Rd.<br>Windsor, CT 06095 | **Claim No: 5**<br>*Original Filed Date*: 04/28/2025<br>*Original Entered Date*: 04/28/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lc<br>*Modified:* |

  Amount claimed: $20503.13

*History:*

| Details | | 5-1 | 04/28/2025 Claim #5 filed by The Robert E. Morris Company LLC, Amount claimed: $20503.13 (lc) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (20983658)<br>Osterman Propane<br>c/o Superior Plus Energy Services, Inc.<br>1870 S. Winton Road<br>Rochester, NY 14618 | **Claim No: 6**<br>*Original Filed Date*: 04/28/2025<br>*Original Entered Date*: 04/28/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lc<br>*Modified:* |

  Amount claimed: $12793.35

*History:*

| Details | | 6-1 | 04/28/2025 Claim #6 filed by Osterman Propane, Amount claimed: $12793.35 (lc) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (20984641)<br>Chaves Heating and Air Conditioning<br>15 Bonazzoli Avenue<br>Hudson, MA 01749 | **Claim No: 7**<br>*Original Filed Date*: 04/30/2025<br>*Original Entered Date*: 04/30/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

  Amount claimed: $782.25

*History:*

| Details | | 7-1 | 04/30/2025 Claim #7 filed by Chaves Heating and Air Conditioning, Amount claimed: $782.25 (ADI) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (20976637)<br>Leominster Cleaning Services<br>84 Sycamore Drive<br>Leominster, MA 01453 | **Claim No: 8**<br>*Original Filed Date*: 05/01/2025<br>*Original Entered Date*: 05/01/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* sas<br>*Modified:* |

  Amount claimed: $5574.02
  Priority  claimed: $5574.02

*History:*
Details     8-1     05/01/2025 Claim #8 filed by Leominster Cleaning Services, Amount claimed: $5574.02 (sas)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (20988974)<br>Belmont Equipment & Technologies<br>32055 Edward Avenue<br>Madison Heights, MI 48071 | **Claim No: 9**<br>*Original Filed Date*: 05/12/2025<br>*Original Entered Date*: 05/12/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lc<br>*Modified:* |

  Amount claimed: $1809.62

*History:*
Details     9-1     05/12/2025 Claim #9 filed by Belmont Equipment & Technologies, Amount claimed: $1809.62 (lc)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (20982680)<br>Tracey Gear Inc.<br>P.O. Box 2226<br>740 York Avenue<br>Pawtucket, RI 02861 | **Claim No: 10**<br>*Original Filed Date*: 05/05/2025<br>*Original Entered Date*: 05/16/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Usbc meh<br>*Modified:* 05/16/2025 |

  Amount claimed: $2372.00
  Priority  claimed: $2372.00

*History:*
Details     10-1     05/05/2025 Claim #10 filed by Tracey Gear Inc., Amount claimed: $2372.00 (meh, Usbc )
*Description:* (10-1) Entered in error. See Claim #4-2 filed on 5/5/25.
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*     (20991299)<br>U.S. Bank N.A. d/b/a U.S. Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258 | **Claim No: 11**<br>*Original Filed Date*: 05/20/2025<br>*Original Entered Date*: 05/20/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

  Amount  claimed: $189550.87
  Secured claimed:   $44722.00

*History:*
Details     11-1     05/20/2025 Claim #11 filed by U.S. Bank N.A. d/b/a U.S. Bank Equipment Finance, Amount claimed: $189550.87 (ADI)
*Description:*
*Remarks:* (11-1) Account Number (last 4 digits):5749

| | | |
|---|---|---|
| *Creditor:* (20993053)<br>ARDEN CREDITS GROUP LLC<br>Coface North America Insurance Company<br>600 College Road East, Suite 1110<br>Coface North America Insurance Company<br>Princeton, NJ 08540 | **Claim No: 12**<br>*Original Filed Date*: 05/23/2025<br>*Original Entered Date*: 05/23/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

  Amount claimed: $68616.07

*History:*

  Details    12-1   05/23/2025 Claim #12 filed by ARDEN CREDITS GROUP LLC, Amount claimed: $68616.07 (ADI)

*Description:*

*Remarks:* (12-1) Account Number (last 4 digits):0858

| | | |
|---|---|---|
| *Creditor:* (20976619)<br>FCS North America<br>1-5305 Pulleyblank Street<br>Old Castle Ontario N9G 0B8 CANADA | **Claim No: 13**<br>*Original Filed Date*: 06/04/2025<br>*Original Entered Date*: 06/04/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lc<br>*Modified:* |

  Amount claimed: $974.10

*History:*

  Details    13-1   06/04/2025 Claim #13 filed by FCS North America, Amount claimed: $974.10 (lc)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (20998345)<br>Louis P Cote, Inc.<br>42 Cote Ave.<br>Goffstown, NH 03045 | **Claim No: 14**<br>*Original Filed Date*: 06/10/2025<br>*Original Entered Date*: 06/10/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* lc<br>*Modified:* |

  Amount claimed: $37871.18

*History:*

  Details    14-1   06/10/2025 Claim #14 filed by Louis P Cote, Inc., Amount claimed: $37871.18 (lc)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (20976641)<br>LLPrince Realty Trust<br>Attn: Craig A. Bovaird, Trustee<br>28 Laurel Lane<br>Princeton, MA 01541 | **Claim No: 15**<br>*Original Filed Date*: 06/16/2025<br>*Original Entered Date*: 06/16/2025<br>*Last Amendment Filed*: 06/16/2025<br>*Last Amendment Entered*: 06/16/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Mark W. Powers<br>*Modified:* |

  Amount claimed: $255271.21

*History:*

  Details    15-1   06/16/2025 Claim #15 filed by LLPrince Realty Trust, Amount claimed: $255271.21 (Tetler, George )
  Details    15-2   06/16/2025 Amended Claim #15 filed by LLPrince Realty Trust, Amount claimed: $255271.21 (Powers, Mark )
             29    06/16/2025 Court's Notice of Deficiency (POC) to LL Prince Realty Trust Re: Proof of Claim 15. (lc)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (20976618)<br>F&M Sales LLC<br>25 Jytek Road<br>Leominster, MA 01453 | **Claim No: 16**<br>*Original Filed Date*: 06/16/2025<br>*Original Entered Date*: 06/16/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Mark Foss<br>*Modified:* |

Amount claimed: $298000.00
Secured claimed:        $0.00

*History:*

Details  16-1  06/16/2025 Claim #16 filed by F&M Sales LLC, Amount claimed: $298000.00 (Foss, Mark )
         30    06/16/2025 Court's Notice of Deficiency (POC) to F&M Sales, LLC Re: Proof of Claim 16. (lc)

*Description:*
*Remarks:* (16-1) Claimant does have a security interest in all assets, but secured claim is likely valueless. All rights reserved

| | | |
|---|---|---|
| *Creditor:*    (21000389)<br>Marmon Utility LLC<br>c/o David D. Farrell, THOMPSON COBURN LLP<br>One US Bank Plaza, Suite 2700<br>505 N. Seventh Street<br>Saint Louis, MO 63101 | **Claim No: 17**<br>*Original Filed Date*: 06/16/2025<br>*Original Entered Date*: 06/16/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |

Amount claimed: $350545.63

*History:*
Details  17-1  06/16/2025 Claim #17 filed by Marmon Utility LLC, Amount claimed: $350545.63 (ADI)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (20976618)<br>F&M Sales LLC<br>25 Jytek Road<br>Leominster, MA 01453 | **Claim No: 18**<br>*Original Filed Date*: 06/17/2025<br>*Original Entered Date*: 06/17/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Mark Foss<br>*Modified:* |

Amount claimed: $298000.00
Secured claimed:        $0.00

*History:*
Details  18-1  06/17/2025 Claim #18 filed by F&M Sales LLC, Amount claimed: $298000.00 (Foss, Mark )

*Description:* (18-1) Security interest in all assets, but senior secured claims exceed value of assets
*Remarks:*

# Claims Register Summary

**Case Name:** Bancroft Holding LLC
**Case Number:** 25-40356
**Chapter:** 7
**Date Filed:** 04/07/2025
**Total Number Of Claims:** 18

| **Total Amount Claimed*** | $1597305.52 |
|---|---|
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

|  | Claimed | Allowed |
|---|---|---|
| **Secured** | $44722.00 |  |
| **Priority** | $10318.02 |  |
| **Administrative** |  |  |